# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:24-cr-052 |
| Ceballos Tyrone Davis, | ) | |
| | ) | |
| Defendant. | ) | |

The court previously scheduled a pretrial status conference with counsel by telephone on August 5, 2025, to discuss, among other things, the viability of the current trial date. The status conference shall be rescheduled for December 18, 2025, at 9:45 AM by telephone. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149 followed by #. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 25th day of July, 2025.

                                               */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court